UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-60593-CIV-SINGHAL

RICARDO LEONEL
OSORTO BARRIENTOS,

       Petitioner,

v.

MARCOS CHARLES, Acting Executive
Associate Director of Enforcement and
Removal Operations of Immigration and
Customs Enforcement, *et al.*,

       Respondents.
_____/

## **ORDER**

**THIS CAUSE** is before the Court on Petitioner's Application/Petition for Writ of Habeas Corpus (DE [1]).  The matter was set for hearing, and at the hearing counsel represented that Petitioner has decided to self-deport, and he will be departing the country on Thursday, April 16, 2026.  Counsel for both Petitioner and Respondents agree that his departure moots this case.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus (DE [1]) is **DENIED AS MOOT**.  The Clerk of Court is directed to **CLOSE** this case, **DENY AS MOOT** any pending motions, and **CANCEL** all hearings and deadlines.  The Court wishes Petitioner the best of luck going forward.  Should Petitioner not depart and instead choose to re-assert his claims, and assuming no statute bars same, then he must file a new case with a new case number and notify the Clerk of Court that the new case relates to the instant matter.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 14th day of April 2026.

Copies furnished counsel via CM/ECF

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

2